IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GERALD DOUGLAS MCKEON,<br><br>        Plaintiff,<br><br>    v.<br><br>DAY'S MIAMI HEIGHTS PHARMACY; JOHN AND/OR JANE DOE NO. 1; JOHNSON & JOHNSON, INC.; JANSSEN PHARMACEUTICALS,<br><br>        Defendants. | Case No. 1:22-cv-00335<br><br>Judge Jeffery P. Hopkins |

**ORDER**

The Court, having fully considered the Stipulation for Dismissal of All Claims with Prejudice, dismisses all claims in this action asserted between the parties WITH PREJUDICE with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

BY THE COURT:

February 20, 2024

_____
United States District Judge Jeffery P. Hopkins

6343082.1